THOMAS VERDE *et al. vs.* G. FREDERICK FROST, *Associate Justice.*

VINCENT DICOLA *et al. vs.* SAME.

ANTHONY CIARAMELLO *et al. vs.* SAME.

JUNE 10, 1939.

PRESENT: Flynn, C. J., Moss, Capotosto, Baker and Condon, JJ.

PER CURIAM. In the above entitled cases, the prayer of the petitioners in each case for a writ of mandamus is granted for the reasons set forth in *Guerrino Brosco et al.* v. *G. Frederick Frost, Associate Justice,* M. P. No. 731, filed herewith.